Pacific Express Stables, LLC, a Colorado limited liability company, Plaintiff-Appellant, v. Ryan Anderson and CF LoDo, LLC, a Colorado limited liability company, Defendants-Appellees. No. 20CA0923
Court of Appeals of Colorado, Third Division
November 24, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 City
 and County of Denver District Court No. 18CV30070 Honorable
 Andrew P. McCallin, Judge.
 
 
 
 OPINION
 
 
 FURMAN
 JUDGE.
 
 
 JUDGMENT
 AFFIRMED AND CASE REMANDED WITH DIRECTIONS
 
 
 
 Lipinsky and Brown, JJ., concur.
 
 
 1